## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| MARISA BROOM WILLIAMS, | Civil No. 08-4702 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| UNIFUND CCR PARTNERS AND COMO LAW FIRM, PA, | **WITH PREJUDICE** |
| Defendants. | |

_____

Thomas Lyons, Jr. and Trista Roy, **CONSUMER JUSTICE CENTER, PA**, 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Amy Walsh Kern and David Crosby, **LEONARD, STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendant Unifund CCR Partners.

Paul Weig, **COMO LAW FIRM, PA**, Post Office Box 130668, Roseville, MN 55113, for defendant Como Law Firm, PA.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 15], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Plaintiff's claims against both Defendants are hereby **DISMISSED** in their entirety, on the merits and with prejudice. The Plaintiff and Defendant shall each bear their own costs and attorneys' fees. This case is now closed.

Let judgment be entered accordingly.

DATED: July 13, 2009
at Minneapolis, Minnesota.

                                                                     s/John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                                     United States District Judge